CASEY HULTIN, ESQ. (SBN: 302904)
chultin@lntlb.com
JONATHAN H. DAVIDI, ESQ. (SBN: 323761)
jhdavidi@lntlb.com
**LEDERER & NOJIMA LLP**
12100 Wilshire Blvd., Suite 480
Los Angeles, California 90025
Telephone: (310) 312-1860
Fax: (310) 477-3481

Attorneys for Plaintiff, **AMMONS SMITH**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMMONS SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH TORRES, an Individual, UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-5483<br><br>**COMPLAINT FOR NEGLIGENCE**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, AMMONS SMITH, makes the following allegations against the Defendants:

## JURISDICTION & VENUE

1. This court has original jurisdiction pursuant to 28 U.S.C. § 1346(b).
2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e)(1) because a substantial part of the events giving rise to the claim took place in this district.

-1-

3. On or about August 9, 2018, Plaintiff, by and through his attorney of record, presented a claim for injury under the Federal Tort Claims Act to the United States, which was duly received and acknowledged by the U.S. Department of Justice-Federal Bureau of Prisons. (A true and correct copy of the Claim Form is attached as **Exhibit A**.)

4. To date, Plaintiff's claim has neither been accepted nor rejected.

## PARTIES

5. Plaintiff, AMMONS SMITH, was at all relevant times an individual residing in Long Beach County, California.

6. Defendant, JOSEPH TORRES, was at all relevant times an individual residing in Anthem, Arizona and an employee of the U.S. Department of Justice-Federal Bureau of Prisons and United States of America.

7. Defendant, UNITED STATES OF AMERICA, was at all relevant times the employer of Defendant Joseph Torres.

8. Plaintiff does not know the true names or capacities of the defendants sued herein under the fictitious names DOES 1 through 10, inclusive. Plaintiff is informed and believes, and alleges thereon, that each of those defendants were legally responsible for the occurrences alleged in this complaint and for Plaintiff's damages.

## GENERAL ALLEGATIONS

9. The incident at issue by virtue of Plaintiff's Complaint took place at approximately 5:30 P.M. on August 18, 2017.

10. At the relevant time, Plaintiff and Torres were traveling southbound on Long Beach Boulevard.

11. Plaintiff was stopped at a red light in the left hand turn lane. Torres, driving a prison transport bus, suddenly and without warning swerved from the number one lane of Long Beach Boulevard southbound in an attempt to avoid directly colliding with another bus.

COMPLAINT FOR NEGLIGENCE

12. While Plaintiff was stopped, Torres unexpectedly and unnecessarily slammed into Plaintiff's vehicle at a high rate of speed, causing a massive collision between the large prison bus and Plaintiff's midsize sedan.

13. The collision resulted in significant and severe neck, back, and head injuries to Plaintiff.

14. On said date, Torres, an employee of U.S. Department of Justice-Federal Bureau of Prisons, drove carelessly, negligently, and with extreme recklessness, including, but not limited to, unnecessarily and unexpectedly swerving and slamming into Plaintiff's vehicle at a high rate of speed.

15. Plaintiff is informed and believes, and on that basis alleges, that, at the time of the collision, Torres was driving Federal Bureau of Prisons transport bus owned by the United States Department of Justice-Federal Bureau of Prisons, and that Torres was acting in the course and scope of his employment for the United States of America.

## FIRST CAUSE OF ACTION
### (Negligence)
### (Against all Defendants)

16. Plaintiff incorporates by reference here paragraphs 1 through 15.

17. Defendants, and each of them, including DOES 1 through 10 inclusive, failed to use ordinary and reasonable care to prevent harm to Plaintiff, and were thereby negligent in the acts and omissions set forth herein.

18. As a direct and proximate result of the above-described conduct of said Defendants, and each of them, including DOES 1 through 10 inclusive, Plaintiff was injured and sustained physical injury and resulting economic and non-economic damages in an amount subject to proof at trial, but not less than $502,000.

## PRAYER FOR RELIEF

Plaintiff prays for judgment against defendants, and each of them, as follows:

1. For general damages according to proof at trial;
2. For economic damages, according to proof at trial;
3. For costs of suit incurred herein;
4. For such other and further relief as this court may deem just and proper.

DATED: June 24, 2019

**LEDERER & NOJIMA LLP**

Casey Hultin, Esq., Attorney for Plaintiff, AMMONS SMITH

**COMPLAINT FOR NEGLIGENCE**

## DEMAND FOR TRIAL BY JURY

Plaintiff, AMMONS SMITH, respectfully requests trial by jury for all claims and causes of action that may so be tried.

DATED: June 24, 2019

**LEDERER & NOJIMA LLP**

_____
Casey Hultin, Esq., Attorney for Plaintiff, AMMONS SMITH

**COMPLAINT FOR NEGLIGENCE**